# STONE & BAXTER, LLP
ATTORNEYS AT LAW
SUITE 800
FICKLING & CO. BUILDING
577 MULBERRY STREET
MACON, GEORGIA 31201-8256

WARD STONE, JR.
D. MARK BAXTER
AUSTIN E. CARTER
CHRISTOPHER W. TERRY
DAVID L. BURY, JR.
MATTHEW S. CATHEY
BENJAMIN W. WALLACE

OF COUNSEL
JEROME L. KAPLAN, P.C.

TELEPHONE (478) 750-9898
FACSIMILE (478) 750-9899
WWW.STONEANDBAXTER.COM

*Writer's E-mail: jkaplan@stoneandbaxter.com*

November 6, 2012

William E. Tanner, Clerk
United States Bankruptcy Court
P.O. Box 1957
Macon, Georgia 31202

RE:  In re Service Supply Distribution, LLC
Bankruptcy Case No. 09-12409

Dear Bill:

The confirmed Plan of Service Supply Distribution, LLC in section 6.6 of the Plan relating to unclaimed distributions has a provision, a copy of which is attached, which states that all unclaimed distributions may be paid into the registry of the Bankruptcy Court for the use and benefit of the United States. Enclosed you will find a copy of the bank statement of Service Supply Distribution, LLC showing a balance of $2,497.25 resulting from creditors to whom checks were issued not having presented the checks for payment.

Accordingly, pursuant to section 6.6, Service Supply Distribution, LLC tenders to you as Clerk of the Bankruptcy Court the sum of $2,497.25 by check attached for the use and benefit of the United States.

If you have any questions, please advise.

Very truly yours,

Jerome L. Kaplan

JLK/lwc
Enclosure
cc:   Service Supply Distribution, LLC
G:\CLIENTS\SERVICE SUPPLY DISTRIBUTION, LLC\PLAN AND DISCLOSURE STATEMENT\L to Clerk of Court.11.6.12.doc

funds to cover any Plan Expenses incurred or reasonably to be expected through the Final Decree.

6.6    Unclaimed Distributions.

Payment will be stopped on checks disbursed by the Disbursing Agent to holders of Allowed Claims if such checks remain uncashed ninety (90) days after the date of disbursement. The Cash represented by such checks shall be redistributed Pro Rata to holders of the remaining Allowed Claims, as provided under this Plan at the time of the next scheduled distribution to Allowed Claims hereunder. No further distribution shall be made under this Plan to the holder of any Allowed Claim who fails to negotiate a check issued by the Disbursing Agent on account of a claim for payment within the ninety (90) days after the date such check was mailed to the holder, and any unclaimed distribution on account of such Allowed Claim shall thereby be deemed waived. Any balance of $15,000.00 or less remaining in the General Fund or other funds established by the Plan after making all distributions required by this Plan may, in lieu of being redistributed to holders of Allowed Claims, be paid over into the registry of the Bankruptcy Court for the use and benefit of The United States.

6.7    Rounding of Dividend Amounts.

Notwithstanding any other provision of this Plan, the Disbursing Agent shall not be required to make any distribution of less than $5.00 to the holder of any Allowed Claim, and may round all distributions to the nearest $1.00.

6.8    Final Distributions.

6.8.1    Timing. The Disbursing Agent shall make a final distribution of all Net Distributable Proceeds to Creditors entitled to distributions under this Plan only after the Date of Substantial Collection and, more specifically, after (a) all Assets of the Debtor and the Estate have been converted to Cash; (b) all Disputed Claims have been finally resolved; (c) the applicable 90-day time period regarding all Creditors' rights to claim unclaimed property in accordance with the Plan; and (d) the fees and expenses of the Disbursing Agent and all other Plan Expenses shall have been paid in full in accordance with the Plan.

6.8.2    Amounts. Upon the Final Distribution Date (at which time all Disputed Claims will have been resolved such that each of such Claims has been either Allowed or disallowed in whole or in part), the Disbursing Agent shall distribute to the holders of Allowed Claims their share of any undistributed Net Distributable Proceeds in any Plan fund or account. In the case of a holder of an Administrative Claim, an Petition Gap Claim, a Priority Tax Claim, a Class 1, 2, or 3 Claim, such share shall consist of the full amount payable on account of such Claim pursuant to the terms of Article III of this Plan, to the extent not previously paid. In the case of a holder of a Class 4, 4A or 5 Claim, such share shall consist of the amount (if any) required by the distribution priority scheme established in this Plan.

Regions Bank
Sixteenth Ave
1216 East 16TH Avenue
Cordele, GA 31015

SERVICE SUPPLY DISTRIBUTION LLC
DEBTOR IN POSSESSION
2401 E 13TH AVE
CORDELE GA 31015-9267

1

ACCOUNT #    0094421986

Cycle    060
Enclosures    26
Page    0
   1 of 1

## LIFEGREEN CHECKING FOR BUSINESS
September 29, 2012 through October 31, 2012

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $2,510.02 | Minimum Daily Balance | $2,497 |
| Deposits & Credits | $0.00 + | Average Monthly Statement Balance | $2,498 |
| Withdrawals | $0.00 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $12.77 − | | |
| Ending Balance | $2,497.25 | | |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 10/01 | 1176 | 12.77 | | | |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 2,497.25 | | | | |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

Thank You For Banking With Regions!

