Service Supply Distribution, LLC
Outstanding Checks
Regions Acct #0094421986

11/20/2012

| Type | Date | Vendor ID | Vendor | O/S | Check # | 10/31/2012 |
|---|---|---|---|---|---|---|
| | | | Totals | | | 2,077.48 |
| 3 | 7/20/2012 | 25635 | Cooksey Steel | O/S | 1036 | 198.24 |
| 3 | 7/20/2012 | 6072 | Gulf Packaging | O/S | 1047 | 310.84 |
| 3 | 7/20/2012 | 52300 | Knape & Vogt Mfg | O/S | 1052 | 385.29 |
| 3 | 7/20/2012 | 5722 | Labor Ready Southwest, Inc. | O/S | 1054 | 98.96 |
| 3 | 7/20/2012 | 5275 | Northwest AL Gas District | O/S | 1058 | 105.57 |
| 3 | 7/20/2012 | 5138 | Regions Bank TTL | O/S | 1065 | 15.13 |
| 3 | 7/20/2012 | 5574 | Reliable Office Supplies | O/S | 1066 | 240.50 |
| 3 | 7/20/2012 | 89500 | Total Marketing, Inc. | O/S | 1077 | 303.00 |
| 4 | 7/20/2012 | | Brass Craft | O/S | 1106 | 55.95 |
| 4 | 7/20/2012 | 5176 | Crisp County Power | O/S | 1134 | 9.03 |
| 4 | 7/20/2012 | 30700 | Dynaflex | O/S | 1138 | 5.00 |
| 4 | 7/20/2012 | 5319 | Employers | O/S | 1141 | 29.62 |
| 4 | 7/20/2012 | 5744 | Floyd Wild, Inc. | O/S | 1154 | 5.92 |
| 4 | 7/20/2012 | 38200 | Galloway Fabricating | O/S | 1156 | 49.95 |
| 4 | 7/20/2012 | 5242 | Jones Motor Logistics | O/S | 1174 | 47.85 |
| 4 | 7/20/2012 | 53500 | L & L Machine Shop | O/S | 1179 | 19.60 |
| 4 | 7/20/2012 | 56500 | Louroth Industries, Inc. | O/S | 1187 | 12.58 |
| 4 | 7/20/2012 | 64300 | Nabco of Georgia | O/S | 1196 | 171.80 |
| 4 | 7/20/2012 | 5085 | Ocala Electric Utility | O/S | 1201 | 6.97 |
| 4 | 7/20/2012 | 96550 | WhiteRock Coporation | O/S | 1256 | 5.68 |

Bank Balance on 10/31/2012        $ 2,497.25

Outstanding Checks               $ (2,077.48)    $ 419.77